PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED AT 3115 WISE ROAD, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 026-200-078-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>             Defendant. | 2:24-CV-01528-WBS-JDP<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM OCTOBER 21, 2024 TO NOVEMBER 13, 2024 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from October 21, 2024 to **November 18, 2024**.  The Scheduling Conference is reset for **December, 2, 2024 at 1:30 p.m.**

  IT IS SO ORDERED.

Dated:  October 28, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1