PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CV-01528-WBS-JDP |
|---|---|
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM NOVEMBER 18, 2024 TO DECEMBER 5, 2024 |
| REAL PROPERTY LOCATED AT 3115 WISE ROAD, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 026-200-078-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Joint Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from November 18, 2024 to **December 5, 2024,** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed May 31, 2024 (Docket No. 2).  The Scheduling Conference is reset for **December 16, 2024 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  November 19, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE